# In the United States Court of Federal Claims

No. 12-364 C

NICHOLE MEDICAL EQUIPMENT
& SUPPLY, INC. and DOMINIC
ROTELLA

                        **JUDGMENT**

v.

THE UNITED STATES

      Pursuant to the court's Opinion, filed February 25, 2013, granting defendant's motion to dismiss,

      IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. No costs.

                                        Hazel C. Keahey
                                        Clerk of Court

**February 25, 2013**                By:    s/ Debra L. Samler

                                        Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs.  Filing fee is $455.00.