# United States Court of Federal Claims

Case Number 12-cv-00364 _____

Nichole Med. Eq. & Supply, Inc. _____ ,   Plaintiff,

v.                    **NOTICE OF APPEAL**

United States,          Defendant.

Notice is hereby given that all plaintiffs _____ (name all parties* taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the Opinion and Judgment _____ (from the final judgment) ((from an order) (describe the order)) entered in this action on February 25 _____ ,2013___ (date).

_____
(Signature of appellant or attorney)
Villari Brandes & Giannone, PC
8 Tower Bridge, Suite 400
161 Washington Street
Conshohocken, PA 19428
(Address of appellant or attorney)