# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-5101

**NICHOLE MEDICAL EQUIPMENT & SUPPLY, INC.,**
*Plaintiff,*

and

**DOMINIC ROTELLA,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Apellee.*

Appeal from the United States Court of Federal Claims in case no. 12-CV-0364 Senior Judge Eric G. Bruggink

## **MANDATE**

In accordance with the judgment of this Court, entered March 11, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court